

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2019

No. 04-19-00618-CV

Santiago **RAMIREZ,** Jr. and Ancient Sunlight, LTD.,
Appellant

v.

Sonia Garza **RODRIGUEZ**., et al,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,520
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellee Dr. Sonia Rodriguez has filed a Motion to Lift the Automatic Stay of trial court proceedings in this appeal from the denial of an Anti-SLAPP Motion to Dismiss. Appellants filed a response in opposition to the motion, and appellee filed a reply. The motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court